UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ashton Krukowski,<br><br>     Petitioner<br><br>v.<br><br>State of Nevada, *et al.*,<br><br>     Respondents | Case No.: 2:25-cv-01594-APG-DJA<br><br>**Order Dismissing Petition, Denying Certificate of Appealability and Closing Case** |

Ashton Krukowski, who is in custody in Clark County Detention Center, has submitted what he styled as a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has now paid the filing fee. ECF Nos. 3, 4. The purported petition consists of one sentence: "Please accept this writ of habeas corpus by plaintiff Ashton Krukowski for unjust confinement." ECF No. 4. There are no factual allegations that he is in custody in violation of his constitutional rights. § 2254(a). Krukowski states no claims for which federal habeas relief can be granted. So I dismiss his petition without prejudice.

I THEREFORE ORDER that the petition [ECF No. 4] is **DISMISSED** without prejudice for failure to state claims for which relief may be granted.

I FURTHER ORDER that a certificate of appealability is denied, as jurists of reason would not find the court's dismissal of this action to be debatable or incorrect.

The Clerk is directed to enter judgment accordingly and close this case.

DATED this 3rd day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE